## S02A0063. ORR v. THE STATE.
(562 SE2d 498)

FLETCHER, Chief Justice.

Robert L. Orr pled guilty to malice murder and armed robbery in Whitfield County Superior Court in 1993. In 2001, he filed a motion in arrest of judgment in Whitfield County claiming that his guilty plea was not intelligently and voluntarily made. The trial court denied the motion as untimely. Because OCGA § 17-9-61 (b) requires that a motion in arrest of judgment be made during the term in which the judgment was obtained, and Orr filed the motion outside the term, the trial court correctly denied the motion as untimely. Orr's remedy to challenge the voluntariness of his guilty plea lies in habeas corpus, OCGA §§ 9-14-40 to 9-14-53.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 28, 2002 —

Murder. Whitfield Superior Court. Before Judge Temples.
Robert L. Orr, *pro se.*
*Thurbert E. Baker, Attorney General,* for appellee.